UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re:                                    )
                                          )
LUIS G. ORTIZ and                         )
TANYA I. ORTIZ,                           )         Chapter 7
                                          )         Case No. 11-10803
                    Debtors               )
                                          )

CONSENT ORDER GRANTING THE UNITED STATES TRUSTEE'S
MOTION SEEKING CIVIL FINES, DISGORGEMENT OF FEES, INJUNCTIVE
RELIEF AND SUSPENSION OF CM/ECF PRIVILEGES

Upon the Motion of the United States Trustee seeking civil fines, disgorgement of fees, injunctive relief and suspension of CM /ECF privileges, ("UST Motion"), and it appearing that the United States Trustee, and Attorney John B. Ennis, Esq. ("Attorney Ennis"), have reached an agreement as to the UST Motion.

The United States Trustee and Attorney Ennis hereby represent and stipulate to the following:

1. Attorney Ennis acknowledges that sufficient facts exist for the granting of the UST Motion and that he has voluntarily entered into this Consent Order;

2. Attorney Ennis has paid $3,500, the amount of fees he received in this case from Luis and Tanya Ortiz to successor counsel, Christopher Lefebvre, Esq.

3. Should the Court reject this Consent Order, the undersigned parties shall be free to proceed litigating the merits of U.S. Trustee's Motion;

4. This order shall be deemed a final adjudication on the merits of the U.S. Trustee's Motion, and on all claims that were raised or that could have been asserted therein;

5. This Consent Order constitutes the entire agreement between the undersigned parties with respect to this matter;

6. Attorney Ennis acknowledges and agrees that the United States Trustee has not made and/or given any other representation, promise, inducement, or reward, and/or given or promised to give any other consideration of any kind whatsoever to Attorney Ennis, or anyone else on his behalf, in connection with this Consent Order;

7. Attorney Ennis specifically waives any right to appeal this Consent Order.

Now therefore it is hereby:

ORDERED: that the UST Motion is granted with the granting of relief as is stipulated herein;

It is further

ORDERED: that effective upon the entry of this Order, Attorney Ennis and any person or entity acting in concert with him directly or indirectly is permanently enjoined from future violation of 11 U.S.C. § 526-528.

It is further

ORDERED: that the $3,500 paid by Attorney Ennis to Attorney Lefebvre is approved as a disgorgement of the fees paid by the Luis and Tanya Ortiz to Attorney Ennis.

It is further

ORDERED: that pursuant to 11 U.S.C. §§ 105 and 526, Attorney Ennis is fined a total of $3,500 in connection with the bankruptcy case of Luis and Tanya Ortiz, and such fines are payable to the United States Trustee. The United States Trustee agrees to voluntarily forbear

collection of the $3,500 in fines so long as, Attorney Ennis, his agents, servants, employees, associates, or any person or entity in active concert and participation with him, comply with, and do not violate, the terms of this order.

It is further

ORDERED the $3,500 fine shall be due and payable immediately by Attorney Ennis upon any violation of this order and the terms set forth herein and that upon the filing of a certification of a representative of the United States Trustee that Attorney Ennis violated the terms of this consent order, a separate order for the immediate payment of the Fines shall issue in favor of the United States Trustee.

ORDERED that within one year after the entry of this Order, Attorney Ennis shall complete 6 hours of continuing legal education on consumer bankruptcy issues from recognized non-profit legal education entities such as but not limited to: Rhode Island Bar Association, American Bankruptcy Institute or any similar organization and file proof of such attendance with this Court.

ORDERED that after completing the above 6 hours of continuing legal education Attorney Ennis shall represent for no fee at least one debtor of his choosing referred to him by Rhode Island Legal Services, the Rhode Island Bar Association or any similar organization and file proof of such with this Court.

ORDERED that pursuant to Local Rule 5005-4(C)(iv)(3) the Clerk of the U.S. Bankruptcy Court shall revoke the CM/ECF filing privileges of Attorney Ennis for a six month period. Said revocation of CM/ECF privileges is stayed for a two year period after the entry of this Order. The stay of revocation of CM/ECF privileges shall immediately dissolve and Attorney

Ennis's CM/ECF privileges suspended if he is found in any subsequent case to have violated Local Rule 5004 or the agreement contained in the Electronic Filer's Registration Form.

ORDERED that this is the final disposition of the above-captioned matter.

Signed at Providence, Rhode Island this 16th day of January, 2013.

AGREED AS TO SUBSTANCE
AND FORM:

By: _____
WILLIAM K. HARRINGTON
United States Trustee for Region One

Gary L. Donahue
Assistant U.S. Trustee
U.S. Department of Justice
Office of the U.S. Trustee
10 Dorrance Street, Suite 910
Providence, RI 02903
Tel: (401) 528-5551 x 100
Fax: (401) 528-5163
E-mail: Gary.L.Donahue@usdoj.gov

AGREED AS TO SUBSTANCE
AND FORM:

_____
John B. Ennis, Esq.
1200 Reservoir Ave.
Cranstion, RI 02902

ACCEPTED, APPROVED, ENTER

_____
Honorable Diane Finkle,
U.S. Bankruptcy Judge

Dated: 2/6/2013